## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**AARON SAUCIER (#4807)**                                        **CIVIL ACTION**

**VERSUS**

**UNKNOWN SOONG**                              **NO. 22-00657-BAJ-RLB**

### RULING AND ORDER

By letter dated October 19, 2022, the Court notified Plaintiff that his Complaint (Doc. 1) was deficient because it was not submitted on the approved form, and was not accompanied by the filing fee or, alternatively, a properly completed motion to proceed *in forma pauperis* (IFP). (Doc. 2). The Court's October 19 correspondence required Plaintiff to correct these deficiencies within 21 days or risk dismissal, and, for convenience, provided him the appropriate forms to do so. (*Id.*)

The record reflects that, to date, Plaintiff has not re-submitted his Complaint, paid the filing fee, re-submitted a properly completed IFP motion, or otherwise responded to the Court's October 19 correspondence. Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to correct the deficiencies of which he was notified. Judgment shall be entered separately.

Baton Rouge, Louisiana, this 14th day of April, 2023

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**